UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:15-cr-00154-JMS-TAB |
| | ) | |
| LAWRENCE GREEN (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim Baker's Report and Recommendation dkt [63] recommending that Lawrence Green's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Baker's Report and Recommendation dkt [63]. The Court finds that Mr. Green committed Violation Numbers 1, 3, 3a, 4, 5, 7 and 10 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkts [46, 51 & 58]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Green is sentenced to the custody of the Attorney General or his designee for a period of nineteen (19) months imprisonment with no supervised release to follow. The Court recommends placement at FCI Terre Haute, Indiana.

Date: 4/29/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal